UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| Case No. | 8:22-cv-01301-DOC-ADS | Date | October 21, 2022 |
|---|---|---|---|
| Title | Ronald Roberto v. Clever Care of Golden State, Inc. | | |

PRESENT:  **HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

| Karlen Dubon | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

PROCEEDINGS:    (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER

---

On October 14, 2022, the Court issued a MINUTE ORDER (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION (Dkt. 10). Plaintiff has failed to comply with the Court's Order.

Therefore, the Court **ORDERS** that this action is DISMISSED without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

                                                                        -        :        -

                                    Initials of Deputy Clerk    kdu